NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARTIN F. SALAZAR,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2012-3011

---

Petition for review of the Merit Systems Protection Board in case no. AT0841090517-I-3.

---

## ON MOTION

---

## ORDER

Martin F. Salazar moves for an extension of time to file his corrected informal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The case will be reinstated if Mr. Salazar files his brief within 21 days of the date of filing of this order. No further extensions.

FOR THE COURT

**JUN 2 1 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Martin F. Salazar
     Elizabeth A. Speck, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 1 2012

JAN HORBALY
CLERK